UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ON BEHALF OF ITS AGENCY SECRETARY OF U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br>        Plaintiff,<br>v.<br><br>WILLIAM P BUTCHER AS SPECIAL REPRESENTATIVE FOR VIVIAN R HARRELL a/k/a VIVIAN RITA DADE HARRELL (DECEASED); WALTER HARRELL; UNKNOWN HEIRS AND LEGATEES OF VIVIAN R HARRELL A/K/A VIVIAN RITA DADE HARRELL; UNKNOWN OWNERS AND NON-RECORD CLAIMANTS;<br>        Defendants. | Case No. 16-cv-9193<br><br>Judge: John J Tharp, Jr.<br><br>Magistrate Judge Susan E. Cox |

## **MOTION FOR ENTRY OF JUDGMENT OF FORECLOSURE**

NOW COMES, Plaintiff, UNITED STATES OF AMERICA, ON BEHALF OF ITS AGENCY, SECRETARY OF U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, by and through its attorneys, Potestivo & Associates, P.C., and moves this Honorable Court, for the Entry of a Judgment of Foreclosure.

Plaintiff's claim of damages is for a sum that is made certain by computation and is more specifically set forth in its supporting Judgment Affidavit. (*See* Exhibit A, Affidavit of Amounts Due and Owing; *see* Exhibit B, Certificate of Prove-up of Foreclosure Fees and Costs).

WHEREFORE, the Plaintiff, UNITED STATES OF AMERICA ON BEHALF OF ITS AGENCY SECRETARY OF U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, moves this Honorable Court for entry of a Judgment of Foreclosure, and for that amount as set forth and made certain in its Judgment Affidavit and Certificate of Prove-up of Foreclosure Fees and Costs.

                                        Respectfully submitted,

                                        ZACHARY T. FARDON,
                                        United States Attorney

                                    *By: s/Ashley K Rasmussen*
                                        Ashley K Rasmussen
                                        Attorney for the United States
                                        arasmussen@potestivolaw.com
                                        223 W. Jackson Blvd., Suite 610
                                        Chicago, Illinois 60606
                                        (312) 263-0003